450 A.2d 1038

Commonwealth v. Lewis, Appellant.

Submitted March 6, 1980. Blake E. Martin, Public Defender, for appellant; John R. Walker, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.